# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pryor, Jr., William H. | United States Court of Appeals | 12/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

1729 Fifth Avenue North
Suite 900
Birmingham, AL 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Visiting Professor | University of Alabama School of Law |
| 2. | Adjunct Professor | Cumberland School of Law, Samford University |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | University of Alabama School of Law | $12,000.00 |
| 2. | 2015 | Cumberland School of Law, Samford University | $7,500.00 |
| 3. | 2015 | West Publishing Company | $5,000.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | SELF-EMPLOYED ACCOUNTANT |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | September 10-11, 2015 | Brasselton, GA | Panel Moderator, Sentencing Considerations In White Collar Crime Cases | Lodging and Meals |
| 2. | Federalist Society | October 28-29, 2015 | New Haven, CT | Deliver Presentations at Yale Law School | Transportation, Lodging, and Meals |
| 3. | Federalist Society | November 12-15, 2015 | Washington, DC | Panel Moderator, National Lawyers Convention | Transportation, Lodging, and Meals |
| 4. | University of Alabama | August 17- November 23, 2015 | Tuscaloosa, AL | Teaching, Federal Jurisdiction | Transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 12/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 12/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | IRA #1 (H) | | | | | | | | | |
| 2. | - FIDELITY MID CAP VALUE | A | Dividend | | | Sold | 12/02/15 | K | | |
| 3. | - FIDELITY SELECT RETAILING | A | Dividend | K | T | Buy | 12/02/15 | K | | |
| 4. | IRA #2 (H) | | | | | | | | | |
| 5. | - FIDELITY SELECT MEDICAL DELIVERY | A | Dividend | K | T | | | | | |
| 6. | - FIDELITY SMALL CAP DISCOVERY FUND | | None | | | Sold | 04/15/15 | L | E | |
| 7. | - FIDELITY SELECT BIOTECHNOLOGY | D | Dividend | L | T | | | | | |
| 8. | - FIDELITY BLUE CHIP GROWTH | C | Dividend | L | T | | | | | |
| 9. | -FIDELITY CHINA REGION | | None | | | Buy | 04/15/15 | L | | |
| 10. | | | | | | Sold | 07/09/15 | K | | |
| 11. | - FIDELITY IT SERVICES PORTFOLIO | A | Dividend | K | T | Buy | 07/14/15 | K | | |
| 12. | IRA #3 (H) | | | | | | | | | |
| 13. | - FIDELITY REAL ESTATE INVESTMENT | A | Dividend | | | Sold | 06/29/15 | L | B | |
| 14. | -FIDELITY SELECT HEALTHCARE | C | Dividend | L | T | Buy | 06/29/15 | L | | |
| 15. | IRA #4 (H) | | | | | | | | | |
| 16. | - FIDELITY NASDAQ COMPOSITE INDEX | A | Dividend | L | T | | | | | |
| 17. | - FIDELITY SELECT HEALTHCARE | D | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 12/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - FIDELITY SELECT BIOTECHNOLOGY | C | Dividend | K | T | | | | | |
| 19. - FIDELITY SELECT PHARMACEUTICAL | D | Dividend | L | T | | | | | |
| 20. - FIDELITY REAL ESTATE | C | Dividend | K | T | | | | | |
| 21. IRA #7 (H) | | | | | | | | | |
| 22. - FIDELITY SELECT BIOTECHNOLOGY | B | Dividend | K | T | | | | | |
| 23. -FIDELITY OTC PORTFOLIO | B | Dividend | K | T | | | | | |
| 24. BROKERAGE ACCT #1 (H) | | | | | | | | | |
| 25. - FIDELITY CASH | A | Interest | K | T | Open | 06/02/15 | J | | |
| 26. | | | | | Buy (add'l) | 06/22/15 | L | | |
| 27. - FIDELITY SELECT BIOTECHNOLOGY | B | Dividend | | | Sold | 06/22/15 | L | D | |
| 28. | | | | | Buy | 07/21/15 | K | | |
| 29. | | | | | Sold | 12/30/15 | K | | |
| 30. - FIDELITY SELECT PHARMACEUTICAL | B | Dividend | | | Sold | 06/22/15 | K | D | |
| 31. - FIDELITY SELECT TRANSPORT | A | Dividend | | | Sold | 06/02/15 | J | | |
| 32. - FIDELITY OHIO MUNI INCOME | A | Dividend | L | T | Buy | 11/20/15 | K | | |
| 33. WARREN AVERETT, LLC PROFIT SHARING PLAN (H) | | | | | | | | | |
| 34. -AQR MANAGED FUTURES STRATEGY FUND (X) | A | Dividend | J | T | Buy (add'l) | 12/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 12/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -BOSTON PARTNERS ROBECO LONG/ SHORT RESEARCH (X) | A | Dividend | J | T | Sold (part) | 10/30/15 | J | | |
| 36. -CALAMOS MARKET NEUTRAL INCOME A (X) | A | Dividend | | | Sold (part) | 10/30/15 | J | | |
| 37. | | | | | Sold | 12/30/15 | J | | |
| 38. -LEGG MASON CLEARBRIDGE SMALL CAP GROWTH I (X) | A | Dividend | J | T | Buy (add'l) | 10/30/15 | J | | |
| 39. | | | | | Sold (part) | 12/30/15 | J | | |
| 40. -DFA EMERGING MARKETS CORE EQUITY I (X) | A | Dividend | J | T | | | | | |
| 41. -DFA INTERNATIONAL SMALL COMPANY I (X) | A | Dividend | K | T | | | | | |
| 42. -DFA INTERNATIONAL VALUE I | | None | K | T | Buy | 12/30/15 | K | | |
| 43. -DFA US MICRO CAP I (X) | A | Dividend | J | T | Buy (add'l) | 12/30/15 | J | | |
| 44. -DODGE & COX INTERNATIONAL STOCK (X) | B | Dividend | J | T | Sold (part) | 12/30/15 | K | | |
| 45. -DOUBLELINE TOTAL RETURN BOND I (X) | A | Dividend | | | Sold | 12/30/15 | J | | |
| 46. -JPMORGAN STRATEGIC INCOME OPPORTUNITIES FUND (X) | A | Dividend | J | T | Sold (part) | 12/30/15 | J | | |
| 47. -LOOMIS SAYLES BOND INSTL (X) | A | Dividend | | | Sold | 12/30/15 | J | | |
| 48. -MELLON STABLE VALUE FUND (X) | A | Dividend | J | T | Buy (add'l) | 12/23/15 | J | | |
| 49. -MERGER INVESTOR (X) | A | Dividend | J | T | | | | | |
| 50. -OPPENHEIMER STEELPATH MLP ALPHA (X) | A | Dividend | J | T | Buy (add'l) | 12/30/15 | J | | |
| 51. -PIMCO COMMODITIESPLUS STRATEGY INSTL (X) | A | Dividend | J | T | Buy (add'l) | 05/08/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 12/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/30/15 | J | | |
| 53.  -PIMCO TOTAL RETURN INSTL (X) | A | Dividend | | | Sold | 12/30/15 | J | | |
| 54.  -PIONEER STRATEGIC INCOME A (X) | A | Dividend | | | Sold | 12/30/15 | J | | |
| 55.  -T.ROWE PRICE REAL ESTATE (X) | A | Dividend | J | T | Sold (part) | 12/30/15 | J | | |
| 56.  -VAN ECK UNCONSTRAINED EMERG MKTS BOND (X) | A | Dividend | | | Sold | 12/30/15 | J | | |
| 57.  -VANGUARD EMERGING MKTS STOCK IDX. | | None | K | T | Buy | 12/30/15 | K | | |
| 58.  -VANGUARD EQUITY-INCOME ADM (X) | B | Dividend | J | T | Sold (part) | 12/30/15 | K | | |
| 59.  -VANGUARD GROWTH INDEX ADM (X) | A | Dividend | K | T | Sold (part) | 05/08/15 | J | | |
| 60.  -VANGUARD INTERM-TERM CORPORATE BOND | | None | K | T | Buy | 12/30/15 | K | | |
| 61.  -VANGUARD MID-CAP GROWTH INDEX ADM (X) | A | Dividend | K | T | Sold (part) | 05/08/15 | J | | |
| 62.  -VANGUARD MID-CAP VALUE INDEX ADM (X) | A | Dividend | K | T | Sold (part) | 05/08/15 | J | | |
| 63.  -VANGUARD SMALL CAP GROWTH INDEX ADM | | None | J | T | Buy | 12/30/15 | J | | |
| 64.  -VANGUARD SMALL CAP VALUE INDEX ADM | | None | J | T | Buy | 12/30/15 | J | | |
| 65.  -VANGUARD TOTAL BOND MARKET INDEX ADM | | None | K | T | Buy | 12/30/15 | K | | |
| 66.  -VANGUARD VALUE INDEX ADM | | None | K | T | Buy | 12/30/15 | K | | |
| 67.  -VULCAN VALUE PARTNERS SMALL CAP (X) | B | Dividend | J | T | Buy (add'l) | 10/30/15 | J | | |
| 68. | | | | | Sold (part) | 12/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 12/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   BBVA COMPASS BANK - A/C #1 | B | Interest | M | T | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 12/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For all of the assests listed under the Warren Averett, LLC Profit Sharing Plan, the information in column D(4) is omitted because that information is unavailable. The statements that we receive from the profit sharing plan do not disclose this information. And the plan does not record this information.

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 12/12/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Pryor, Jr.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544